MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0392 SI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| FELIPE JUAREZ IBARRA, | ) | |
| Defendant. | ) | |

On June 27, 2011, the parties in this case appeared before the Court. At that time, the Court continued the matter to July 15, 2011. The parties have agreed to exclude the period of time between June 27, 2011, and July 15, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

///

///

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0392 SI

1  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this
2  agreement.
3  SO STIPULATED:

4
                              MELINDA HAAG
5                               United States Attorney

6
7  DATED: June 27, 2011              _____/s/_____
                                         LOWELL C. POWELL
8                               Special Assistant United States Attorney

9
10 DATED: June 27, 2011              _____/s/_____
                                         GEOFFREY HANSEN
11                              Attorney for FELIPE JUAREZ IBARRA,

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0392 SI

[~~PROPOSED~~] ORDER

For the reasons stated above and at the June 27, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 27, 2011 through July 15, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:__July 5, 2011___



_____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0392 SI